IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KEVIN D. BAKER                                                          PLAINTIFF

v.                                    Case No. 3:12-CV-03063

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                         DEFENDANT

## JUDGMENT

Currently before the Court is the Report and Recommendation (Doc. 7) dated August 14, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  The objection period has passed without objections being filed by either party. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation, GRANTS Defendant's Motion to Remand (Doc. 6), and remands this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296 (1993);  28 U.S.C. §§2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED this 26th day of September, 2012.

*/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE